■ JAMAICA RECYCLING CORP., Appellant, v CITY OF NEW YORK et al., Respondents. [786 NYS2d 739]—Appeal from order and judgment (one paper), Supreme Court, New York County (Sherry Klein Heitler, J.), entered January 12, 2004, unanimously dismissed, without costs, in light of the order and judgment

(one paper), same court and Justice, dated November 23, 2004. No opinion. Order filed. Concur—Tom, J.P., Andrias, Saxe, Williams and Sweeny, JJ.